IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMY EARL HALL, #103508, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:11cv759-TMH |
| | )                    (WO) |
| GENEVA COUNTY, ALA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On October 14, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. That the plaintiff's claims against Geneva County, Alabama and Andy Hughes be and are hereby DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

3. That Geneva County, Alabama and Andy Hughes be and are hereby DISMISSED as parties in this cause of action.

4. That the plaintiff's claims against defendant deputy Hunter, be and are hereby REFERRED BACK to the Magistrate Judge for appropriate proceedings.

Done this the 10th day of November 2011.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE